**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7236**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DETRIA CARTER, a/k/a Tria,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  David A. Faber, Senior District Judge.  (5:17-cr-00113-2)

Submitted:  May 7, 2021                                      Decided:  May 25, 2021

Before GREGORY, Chief Judge, WILKINSON, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Detria Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Detria Carter appeals the district court's order denying relief on her 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's judgment. We deny as moot Carter's motion to expedite decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*